IN THE DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| AMY HILL, as Personal Representative of the Estate of David Hill, deceased, and in Amy Hill's capacity as an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ASSURANCEFORENINGEN SKULD (Gjensidig) and SKULD Mutual Protection and Indemnity Association (Bermuda) Ltd.<br><br>Defendant. | CIVIL CASE NO. 15-00025<br><br>**ORDER**<br>Granting<br>1. Plaintiff's Motion for Stay of Deadline to Serve Defendants [ECF No. 40] and<br>2. Defendants' Motion to Stay Discovery and Extend Scheduling Conference Dates [ECF No. 67] |

Pending before the court are (1) Plaintiff's Motion for Stay of Deadline to Serve Defendants, ECF No. 40, and (2) Defendants' Motion to Stay Discovery and Extend Scheduling Conference Dates, ECF No. 67. The court has reviewed the pertinent pleadings and rules as follows:

1. <u>Plaintiff's Motion for Stay of Deadline to Serve Defendants</u>: Plaintiff requested an extension of the deadline to serve Defendants under Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff sought such request to prevent further attempts at service before the court's ruling on Defendants' dispositive motion which sought, among other things, a dismissal of the action based on Plaintiff's alleged failure to properly serve Defendants. Defendants filed a limited objection to the motion and asserted that Plaintiff's motion should be granted "only if [the court] also stays the other pending litigation deadlines that apply to [Defendants]." Opp'n at 2, ECF No. 49. For good cause shown, the court hereby GRANTS Plaintiff's motion.

///

2. <u>Defendants' Motion to Stay Discovery and Extend Scheduling Conference Dates</u>: Defendants requested the court stay discovery and vacate all litigation deadlines pending the court's ruling on Defendants' motion to dismiss. For good cause shown, the court GRANTS Defendants' motion. The court orders a stay of discovery and further vacates all pending dates and deadlines set forth in the Scheduling and Planning Report (ECF No. 35). These dates will be re-set, if necessary, following the court's ruling on the motion to dismiss.

IT IS SO ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
   **U.S. Magistrate Judge**
**Dated: Apr 04, 2016**